# United States Bankruptcy Court
## Northern District of California

In re: **Mark Erich-Thomas Quesenberry / Ramona Jo Cordova**, Debtor(s)

Case No.
Chapter **7**

# CREDITOR MATRIX COVER SHEET

I declare that the attached Creditor Mailing Matrix, consisting of **2** sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

Date: **June 2, 2010**

**/s/ Michael C. Fallon SBN**
Signature of Attorney
**Michael C. Fallon SBN 088313**
**Law Office of Michael C. Fallon**
**100 E Street, Suite 219**
**Santa Rosa, CA 95404**
**(707) 546-6770   Fax: (707) 546-5775**

Actimize
Jackson Lewis LLP
59 Maiden Lane
New York, NY 10038


Actimize
1359 Broadway
New York, NY 10018


American Express
c/o Becket and Lee LLP
Po Box 3001
Malvern, PA 19355


Cal State Central Cr U
1205 N Dutton Ave
Santa Rosa, CA 95401


Cap One Na
8401 Connecticut Avenue
Chevy Chase, MD 20815


Chase
Po Box 15298
Wilmington, DE 19850


Chase Manhattan
Attn:  Bankruptcy Research Dept
3415 Vision Dr
Columbus, OH 43219


Fia Csna
Attn: Bankruptcy
Po Box 182686
Columbus, OH 43218

Gemb/banana Rep
Attn: Bankruptcy
Po Box 103104
Roswell, GA 30076


Hsbc Best Buy
Attn: Bankruptcy
Po Box 5263
Carol Stream, IL 60197


Internal Revenue Service
Attn: David Lagos
777 Sonoma Avenue
Santa Rosa, CA 95404


Mtgsvc/chrls Schwab Bk
4001 Leadenhall Rd
Mount Laurel, NJ 08054


Ralph Bien, MD
c/o Cal Coast Credit Service
2906 McBride Lane
Santa Rosa, CA 95403


Us Bank
Po Box 5227
Cincinnati, OH 45201