Certificate Number: 02910-CAN-CC-011106700



02910-CAN-CC-011106700

# CERTIFICATE OF COUNSELING

I CERTIFY that on May 26, 2010, at 3:23 o'clock PM EDT, Ramona Cordova received from InCharge Education Foundation, Inc., an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the Northern District of California, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date: May 26, 2010                By: /s/Stephanie Dameron

                                  Name: Stephanie Dameron

                                  Title: Bankruptcy Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).