# UNITED STATES BANKRUPTCY COURT
Northern District of California (Santa Rosa)

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 6/4/10.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Mark Erich–Thomas Quesenberry<br>3 Cypress Rd.<br>San Anselmo, CA 94960 | Ramona Jo Cordova<br>aka Jo Cordova, aka Jo Quesenberry<br>3704 Paxton Pl.<br>Santa Rosa, CA 95404 |
| Case Number:<br>10–12167 | Social Security/Individual Taxpayer ID/Employer Tax ID/Other Nos.:<br>xxx–xx–3768<br>xxx–xx–4860 |
| Attorney for Debtor(s) (name and address):<br>Michael C. Fallon<br>Law Offices of Michael C. Fallon<br>100 E St. #219<br>Santa Rosa, CA 95404<br>Telephone number: (707) 546–6770 | Bankruptcy Trustee (name and address):<br>Jeffry Locke<br>530 Alameda Del Prado #396<br>Novato, CA 94949<br>Telephone number: (415) 413–4401<br>Email: JLtrustee@aol.com |

### Meeting of Creditors

Date: **July 13, 2010**        Time: **11:00 AM**
Location: **Office of the U.S. Trustee, 777 Sonoma Ave. #116, Santa Rosa, CA 95404**

**Important Notice to Individual Debtors:** The United States Trustee requires all debtors who are individuals to provide government–issued photo identification and proof of social security number to the trustee at the meeting of creditors.

### Presumption of Abuse under 11 U.S.C. §§ 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts: 9/13/10**

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>99 South "E" Street<br>Santa Rosa, CA 95404<br>Telephone number: 707–547–5900 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Gloria L. Franklin |
| Hours Open: Monday – Friday 9:00 AM – 4:30 PM | Date: 6/9/10 |

# EXPLANATIONS                                                         FORM B9A (12/07)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §§362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under §§ 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §§727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §§523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

–– Refer to Other Side for Important Deadlines and Notices ––

# CERTIFICATE OF NOTICE

```
District/off: 0971-1          User: jcolvin              Page 1 of 1              Date Rcvd: Jun 09, 2010
Case: 10-12167                Form ID: B9A               Total Noticed: 21
```

The following entities were noticed by first class mail on Jun 11, 2010.
```
db          +Mark Erich-Thomas Quesenberry,   3 Cypress Rd.,   San Anselmo, CA 94960-2309
jdb         +Ramona Jo Cordova,   3704 Paxton Pl.,   Santa Rosa, CA 95404-7601
aty         +Michael C. Fallon,   Law Offices of Michael C. Fallon,   100 E St. #219,
              Santa Rosa, CA 95404-4606
smg          CA Employment Development Dept.,   Bankruptcy Group MIC 92E,   P.O. Box 826880,
              Sacramento, CA 94280-0001
ust         +Office of the U.S. Trustee / SR,   235 Pine Street,   Suite 700,   San Francisco, CA 94104-2736
10988921    +Actimize,   1359 Broadway,   New York, NY 10018-7102
10988920    +Actimize,   Jackson Lewis LLP,   59 Maiden Lane,   New York, NY 10038-4502
10988923    +Cal State Central Cr U,   1205 N Dutton Ave,   Santa Rosa, CA 95401-4607
10988924    +Cap One Na,   8401 Connecticut Avenue,   Chevy Chase, MD 20815-5803
10988926    +Chase Manhattan,   Attn: Bankruptcy Research Dept,   3415 Vision Dr,   Columbus, OH 43219-6009
10988927    +Fia Csna,   Attn: Bankruptcy,   Po Box 182686,   Columbus, OH 43218-2686
10988931    +Mtgsvc/chrls Schwab Bk,   4001 Leadenhall Rd,   Mount Laurel, NJ 08054-4611
10988932    +Ralph Bien, MD,   c/o Cal Coast Credit Service,   2906 McBride Lane,   Santa Rosa, CA 95403-2789
10988933   ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court:  Us Bank,   Po Box 5227,   Cincinnati, OH 45201)
```

The following entities were noticed by electronic transmission on Jun 10, 2010.
```
tr          +EDI: BJGLOCKE.COM Jun 09 2010 21:33:00      Jeffry Locke,   530 Alameda Del Prado #396,
              Novato, CA 94949-9810
smg          EDI: CALTAX.COM Jun 09 2010 21:33:00        Franchise Tax Board,   Bankruptcy Group,   P.O. Box 2952,
              Sacramento, CA 95812-2952
10988922    +EDI: BECKLEE.COM Jun 09 2010 21:33:00       American Express,   c/o Becket and Lee LLP,
              Po Box 3001,   Malvern, PA 19355-0701
10988925    +EDI: CHASE.COM Jun 09 2010 21:33:00         Chase,   Po Box 15298,   Wilmington, DE 19850-5298
10988928    +EDI: RMSC.COM Jun 09 2010 21:33:00          Gemb/banana Rep,   Attn: Bankruptcy,   Po Box 103104,
              Roswell, GA 30076-9104
10988929    +EDI: HFC.COM Jun 09 2010 21:33:00           Hsbc Best Buy,   Attn: Bankruptcy,   Po Box 5263,
              Carol Stream, IL 60197-5263
10988930    +EDI: IRS.COM Jun 09 2010 21:33:00           Internal Revenue Service,   Attn: David Lagos,
              777 Sonoma Avenue,   Santa Rosa, CA 95404-4782
                                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 11, 2010**                               **Signature:** _Joseph Speetjens_