Certificate Number: 02910-CAN-DE-011626288

Bankruptcy Case Number: 10-12167



02910-CAN-DE-011626288

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 12, 2010, at 6:47 o'clock PM EDT, Ramona Cordova completed a course on personal financial management given by internet by InCharge Education Foundation, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Northern District of California.

Date:  July 13, 2010     By:    /s/Natasha Jackson

Name:  Natasha Jackson

Title:  Customer Support Representative